00-6059-CIV-Dimitrakas

MAGISTRATE JUDGE
SORRENTINO

In the United States District Court
Southern District of Florida
Date 2-27-2000

Sean George
   Petitioner
vs:
Ron Cochran, et al.,
   Respondents

Case No. 00-____



## Petitioner's Objection(s) to Magistrate Report

Petitioner: Sean George, pro se, and pursuant to the "Report" of the Magistrate, Judge: Sorrentino, Petitioner hereby files this, his objection(s) to the "Report" in further support hereof, Petitioner would state the following:

1) That on or about the Report re Dismissal of successive complaint dated January 27-2000, Petitioner submitted his petition and/or complaint for consideration.

2) That on or about the January 27-2000

**COPIES NOT PROVIDED**

the Honorable Magistrate, Judge Sorrentino, filed a report and recommandation concerning the petition and/or complaint.

3) that petitioner does not agree, respectfully asserted with the report in its entirety.

4) the petition was incarcerated at Washington Correctional Institution and suffered under imminent danger of serious physical injury and it is therefore recommended that objection in this case. the petitioner has been transferred from Washington Correctional Institution to North Florida Reception Center in treatment and the petitioner re-transferred back to Washington Correctional Institution in February 1- 2000, and he was receive that report of dismissal filed by Magistrate, Judge Sorrentino on January 27- 2000 very lately and that cause the petitioner was also litle late with that objection report. Respectfully the petitioner prior the Honorable Judge Sorrentino to granted my request favor, to granted objection in that case against the dismissal.

5) BECAUSE the petitioner body and his fingers was damaged for ever. the petitioner was arrested with 10 good fingers, the officer was closed my finger in the front the heavy door and go my finger damaged for ever and the medical was failed to taked proper care to my finger.
After that the officer was picked me up to searched my bed because I was sick they are jumped me over my back and after all that two times the officer was beated me Just because I was asked for my tennis shoes to go to the court.
please respectfully I was asked the Honorable, Judge Sorrentino to over looked controlling points of law or facts under the federal rules for civil right procedure in the Due process clause to come up with Justice against injustice.
Because I was being held illegally. they are violated and deprived my liberty civil right with out lawful authority(s) in violation of the 4th, 5th, 6th, 8th, 11th, 14th, and 17th Amendment of the united constitution.
Respectfully I prior the court to granted objection against that dismissal.

6) that the petitioner/complaint (said) submits that based upon the supported facts and/or argument(s), the Magistrate Judge "REPORT" should not be completely accepted, if accepted at all because of the facts.

"RELIEF SOUGHT"

Pursuant to the Federal rules for civil right procedure in 42 U.S.C. §1983, and Florida rules of appellate procedure, respectfully I challenging the Magistrate Honorable Court Judge Sorrentino to granted me "OBJECTION" to proceeding this case for damages compensatory and for declaratory Judgment injunctive in which relief should be granted for damages.

"CERTIFICATE OF SERVICE"

I hereby certify that a correct copy of the foregoing motion for objection has been sent by U.S. Mail to U.S. District Court Southern District of Florida, Fed. Court House Square at 301 N. Miami Ave, Room 150, Miami, Florida 33128-7788, this date 2-27-2000

B/ SEAN GEORGE
D.C. # B660423
WASHINGTON COR. INST
4455 SAM MITCHELL DR
CHIPLEY, FLORIDA 32428

Respectfully submitted