UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6059-CIV-DIMITROULEAS

JEAN GEORGE, a/k/a GENEUS GEORGE,

     Petitioner,

vs.

RON COCHRAN, et al.,

     Respondents.



FILED by _____ D.C.

MAR 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER APPROVING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Report and Recommendation [DE 3] of Magistrate Judge Charles Sorrentino, dated January 21, 2000, and Petitioner's Objections to the Report and Recommendation of the U.S. Magistrate Judge [DE 4].

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the entire court record herein, and is otherwise fully advised in the premises.

Petitioner has previously filed twenty three (23) separate suits against various parties while incarcerated. A prisoner may not proceed in forma pauperis if that prisoner has on three or more occasions, while incarcerated, brought an action or an appeal that was dismissed as frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). This section has been held constitutional by the Eleventh Circuit Court of Appeals. See Rivera v. Allin, 144 F.3d 719 (11th Cir. 1998).

Of Petitioner's twenty three separate suits, two were dismissed as frivolous, nine were dismissed as duplicative, two failed to state a claim and four were dismissed pursuant to 28 U.S.C. § 1915. Therefore, Plaintiff has filed three or more claims which were dismissed as



frivolous or failed to state a claim, thereby satisfying the criteria of 28 U.S.C. § 1915.

Petitioner argues that this Court should overlook controlling points of law or facts under the Federal Rules of Civil Procedure, and find for him.  Petitioner also makes cursory arguments that he is under imminent danger of serious physical injury.   However, Petitioner's claims are not sufficient to overcome the tenets of the established rule.  See Medberry v. Butler, 185 F.3d 1189 (11th Cir. 1999).

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 3] of Magistrate Judge Charles Sorrentino, dated January 21, 1999, is hereby adopted;

2. The Defendant's Objections to the Report and Recommendation of the U.S. Magistrate Judge [DE 4] are hereby **OVERRULED**;

3. The Clerk of this Court is directed to deny all pending motions as moot; and

4. This case is closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___15___ day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Magistrate Judge Charles Sorrention

Jean George, a/k/a Geneus George, Pro se

2