UNITED STATES Court OF APPEALS

IN THE CIRCUIT COURT OF THE __11th__ JUIDICIAL CIRCUIT
IN AND FOR Atlanta Georgia COUNTY, FLORIDA

SEAN GEORGE
Appellant/Defendant,

VS.

STATE OF FLORIDA,
Appellee/Plaintiff.

CASE NO.: _____
Lower Court # 95-15154 CF10
District Court # 00-6054

RECEIVED CLERK MAY 12 2000
ATLANTA, GA
JUN 0 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF APPEAL

NOTICE IS GIVEN that __SEAN GEORGE__, Defendant/Appellant, pro se, and pursuant to Rule 9.140(i), Florida Rules of Appellate Procedure, appeals to the __11th CIR__ ~~District~~ Court of Appeals, the Order of this Court rendered on the __15__ day of __MARCH, 2000__. The nature of the order is a final order denying __by UNITED States Dist Court, Southern Dist of Fla. this case is closed by them.__

FILING FEE
PAID ☐
In Forma Pauperis ✓
Clarence Maddox, Clerk

/s/ __SEAN GEORGE__
DC # B660423
Washington Correctional Inst.
4455 Sam Mitchell Drive
Chipley, Florida 32428

### CETIFICATE OF SERVICE

I HEREBY CERTIFY, that a true copy of the the foregoing Notice Of Appeal, has been furnished to Office of the State Attorney, __at Broward County Court House, 17th Judicial Circuit__ and the Attorney General, Hon. Robert A. Butterworth, The Capital Legal Affairs, Tallahassee, FL 32399-1050, by placing same in the U.S. Mail this __1__, day of __May__, ~~199~~ __2000__

/s/ __SEAN GEORGE__