UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6059-CIV-DIMITROULEAS

JEAN GEORGE, a/k/a GENEUS GEORGE,

    Petitioner.

vs.

RON COCHRAN, et al.,

    Respondents.

_____/

## ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*

THIS CAUSE is before the Court upon the plaintiff's Application to Proceed without

Prepayment of Fees and Affidavit pursuant to 28 U.S.C. § 1915. The Court having considered

the motion and the supporting financial affidavit and being otherwise fully advised in the

premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The plaintiff's Application to Proceed without Prepayment of Fees and Affidavit is

hereby **GRANTED** and the plaintiff may proceed *in forma pauperis* pursuant to 28 U.S.C. §

1915(a)(1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this _____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



copies to:

Clerk of the Court
Magistrate Judge Charles Sorrentino
Jean George, Pro se