UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6059-CIV-DIMITROULEAS

JEAN GEORGE, a/k/a GENEUS GEORGE,

    Petitioner,

vs.

RON COCHRAN, et al.,

    Respondents.
_____/



## ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon the Notice of Appeal and Application for Certificate of Appealability, filed herein on June 9, 2000. The Court has carefully considered the motion and is otherwise fully advised in the premises.

On January 21, 2000, Magistrate Judge Sorrentino recommended dismissal of Petitioner's petition for relief under 28 U.S.C. § 2254 pursuant to 28 U.S.C. § 1915, because Plaintiff had brought several civil actions or appeals in forma pauperis, where on more than three occasions the action was dismissed as frivolous, malicious, or failed to state a claim upon which relief may be granted. On March 15, 2000, this Court approved the Magistrate Judge's Recommendation, dismissed the petition as time barred, and denied all pending motions as moot.

The Eleventh Circuit Court of Appeals requires this Court to rule on Petitioners' Request[1] pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, see Edward v. United States, 114 F.3d 1083 (11th Cir. 1997), therefore, this Court will deny such certification, as this Court determines that the Petitioner has not shown violation of a substantial constitutional right in his

---

[1] This Court infers Petitioner's Notice of Appeal is a Request for a certificate of appealability.



December 28, 1999 Section 2254 Petition. However, pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that the Petitioner's Request for Certificate of Appealability is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___13___ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Jean George, Pro se

Clerk, United States Court of Appeals for the Eleventh Circuit