# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.  TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: SEAN GEORGE vs DEPT. OF CORRECTIONS

District Court No.: 00-6059-CV-WPD  Date Notice of Appeal Filed: 5-1-2000  Court of Appeals No.: _____ (If Available)

CHOOSE ONE: ☐ No hearing  ■ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | N/A | | |
| ☐ Trial | N/A | | |
| ☐ Sentence | N/A | | |
| ☐ Other | N/A | | |

FILED by _____ D.C.
DKTG
JUN 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: FOR Civil Right Action Under 42: U.S.C. §1983
Name of Firm: SEAN GEORGE, D.C. 866O423
Street Address/P.O. Box: WASHINGTON COR. INST, 4455 SAM MITCHELL Drive
City/State/Zip Code: Chipley, Florida 32428  Phone No.: _____

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: 6-18-2000  SIGNED: Sean George  Attorney for: _____

## PART II.  COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____  Estimated no. of transcript pages: _____  Estimated filing date: _____

DATE: _____  SIGNED: _____  Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____  Signature of Court Reporter: _____

*U.S. GPO: 1999-734-588/60181

6-18-2000

IN THE U.S. District Court
Southern District of Florida

SEAN GEORGE, A/K/A
GENEUS GEORGE
DC #B660423          CASE # 00-6059-
PETITIONER           CV-DIMITROULEAS

VS:
RON COCHRAN, et al.
RESPONDENTS

PETITIONER'S OBJECTION(S) to MAGIS-
TRATE REPORT PURSUANT 42 USC §1983

RESPECTFULLY
PETITIONER SEAN GEORGE, PRO SE, AND PUR-
SUANT to the REPORT OF the Magistrate, Jud-
ge William P. DIMITROULEAS, PETITIONER HE-
REBY FILES THIS, HIS OBJECTION(S) to the "RE-
PORT". IN FURTHER SUPPORT HEREOF, PETITIO-
NER WOULD STATE the Following:

1) That on or About 6-18-2000, PETITIONER SUB-
MITTED HIS PETITION AND/OR COMPLAINT FOR
CONSIDERATION PURSUANT to 42 USC §1983

2) That on or About the 6-13-2000, the Hono-
RABLE MAGISTRATE, JUDGE WILLIAM P. DIMI-

troubleas, Filed a Report and Recommendation concerning the petition and for complaint "DENIED" this case above without the Due process clause under the Amendments of the U.S. Const.

(B) That petitioner does Not Agree, Respectfully asserted, with the Report in its entirety in order to protect my constitutional pursuant to rules 1-83, under the Fed.R.Civ.P as well like the others(s).

(4) My the petitioner objections(s) alleged that, that his Fingers and his body was damaged forever by the Sheriff(s) Deputies:

(A) Negligences and Malicious on the petitioner
(b) Used brutalities and excessive force on him
(c) Malpractices under color of state law.
(d) And planned discrimination, abusements with all kinds bad punishments on the petitioner without Lawful Authority, in violation of the 4th, 5th, 6th, and 14th Amendments of the U.S. Const.

(E) Most confusion is that, the Sheriff deputies was damages the petitioner fingers, body and was maltreated him willfully and humiliated and intimidate the petitioner in order to demonstrate their powers for every unnecessary reason.

5) the petitioner objection(s) is to appeal the AMERICA LAW FOR JUSTICE because some parts in his body was damaged inside the jailhouse by the deputies illegally.

(6) that the petitioner/complaintant submits that based upon the supported FACTS AND/OR ARGUMENT(S), the MAGISTRATE JUDGE'S REPORT is should not be completely accepted, if accepted at all.

"RELIEF SOUGHT"

the petitioner requested for objection(s) in order for the court carefully considering this objection(s) to bring the petitioner justice against (L) injustice if the LAW AN AMERICA WAS decent enough to bring justice against injustice as well like the other because his body parts was damaged that was reasonable under the FED. R. CIV. APP. P. if the LAW IN HERE EXIST.

"CERTIFICATE OF SERVICE"

I HEREBY CERTIFY that a correct and a true copy of the foregoing objection(s) motion has been sent by U.S. Mail to: the CLERK OFFICE at U.S. District Court, Southern Dist. 299 E. BROWARD BLVD, FORT LAUDERDALE, FL. 33301-1802 this 6-18-2000

/S/ SEAN GEORGE
D.C. # B660423

WASHINGTON COR. INST.
4455 SAM MITCHELL DR.
CHIPLEY, FLA 32428