6-18-2000

IN the U.S. District Court
Southern District of Florida

SEAN GEORGE, A/K/A
GENEUS GEORGE
D.C. # B660423                CASE # 00-6059-
PETITIONER                    CV-DIMITROULEAS.

VS:
RON COCHRAN, et al.
REPONDENTS

PETITIONER'S OBJECTION(S) TO MAGIS-
TRATE REPORT PURSUANT TO 42: U.S.C §1983
RESPECTFULLY:
PETITIONER, SEAN GEORGE, PROSE, AND PUR-
SUANT TO THE "REPORT" OF THE MAGISTRATE, Jd.
GE: WILLIAM P. DIMITROULEAS, PETITIONER HERE-
by FILES THIS, HIS OBJECTION(S) TO THE "REPORT".
IN Further support HERE OF, PETITIONER
WOULD STATE THE FOLLOWING:

(1) that on or about 6-12-2000, petitioner sub-
mitted his petition and/or complaint for
consideration pursuant 42: U.S.C. §1983
(2) that on or about the 6-13-2000, the Honora-
ble Magistrate, Judge: William P. DIMI-

trouleas, Filed A REPORT AND RECOMMEN-
dation CONCERNING the PETITION AND/OR COM-
PLAINT "DENIED" this CASE ABOVE WITHOUT
the DUE PROCESS CLAUSE UNDER the AMEND-
MENTS of the U.S. CONST.

(3) That petitioner does NOT AGREE. RESPECTFUL-
ly ASSERTED, WITH THE REPORT IN ITS ENTIRETY
IN ORDER to PROTECT MY CONSTITUTIONAL CIVIL
Right pursuant to Rules 1.630, UNDER the Fed.R.
CIV. P. AS well LIKE the other 6).

(4) The PETITIONER OBJECTION (S) Alleged that,
that his FINGERS AND his body WAS dAMAged FOR
EVER by the SHERIFF DEPUTIES:
 (a) NEGLIGENCE AND MALICIOUS ON the PETITIONER
 (b) USED BRUTALITIES AND EXCESSIVE FORCE ON him.
 (C) MALPRACTICES UNDER COLOR OF STATE LAW.
 (D) PLANNED DISCRIMINATIONS, ABUSEMENTS,
 WITH ALL KINDS CRUEL PUNISHMENTS ON THE PETITIO-
 NER WITHOUT LAWFUL AUTHORITY" IN VIOLATION OF
 the 4th, 5th, 6th, AND 14th AMENDMENTS OF
 the U.S. CONST.
 (E) MOST CONFUSION is that, the SHERIFF deputies
 WAS damaged the petitioner FINGERS, body,
 AND WAS MALTREATED him AND humiliated him,
 AND INTIMIDATE him WILLFULLY FOR EVERY UNNECES-
 SARY Reason IN ORDER to demonstrate their POWERS

(5) the petitioner objection (5) is to appeal the "AMERICA LAW" for Justice because some parts in his body was damaged inside the jail house by the deputies illegally.

(6) that the petitioner/complaintant submits that based upon the supported facts and/or arguments, the magistrate Judge's "REPORT" should not completely accepted if accepted at all.

"RELIEF SOUGHT"

the petitioner requested for objection (5) in order for the court carefully considering this objection (5) to bring the petitioner Justice against injustice: If the LAW an AMERICA was decent enough to bring Justice against injustice as well like the other because his body parts was damaged that was reasonable under the FED.R.CIV.APP.P. IF the LAW IN HERE EXIST.

"CERTIFICATE OF SERVICE"

I HEREBY CERTIFY that a true and a correct copy of the foregoing objections motion has been send by U.S. MAIL to the U.S. DIST, SOUTHERN DIST. OF FLORIDA. 301 N. MIA. AVE, ROOM 150, MIAMI, Fl. 33128-7788, on this date 6-18-2000.

B/ JEAN GEORGE
D.C. #B16423

WASHINGTON COR. INST
4455 SAM MITCHELL DR.
CHIPLEY, FL. 32428



FROM: SEAN GEORGE
DC#B66423
Washington C.R. Inst.
4455 Sam Mitchell DR.
CHIPLEY, FLA. 32428

SOUTHERN U.S. DISTRICT COURT
FEDERAL COURTHOUSE SQUARE
301 N. MIAMI AVENUE, ROOM 150
MIAMI, FLORIDA 33128-7788
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

AND PLEASE RETURN
to the CLERK OF FILE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FEDERAL COURTHOUSE SQUARE
ATTN: COURT REPORTER COORDINATOR
301 N. MIAMI AVENUE, ROOM 150
MIAMI, FLORIDA 33128-7788

33128+7700