

Clarence Maddox
    Clerk, U.S. District Court
    299 E. Broward Blvd
    Fort Lauderdale FL 33301

July 17, 2000

RE: 00-13101-I     Jean George v. Broward County Sheriff's Department
DC DKT NO.: 00-06059 CV-WPD

- TO:  Clarence Maddox
- CC:  Jean George #B660423
- CC:  Robert Butterworth
- CC:  Administrative File
- CC:  Administrative File
- CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

July 17, 2000

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301



RE: 00-13101-I    Jean George v. Broward County Sheriff's Department

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Case Initiation(404) 335-6120

Encl.

DIS-2 (1-1999)

cv-06059-WPD Document 12 Entered on FLSD Docket 07/27/2000

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 00-13101-I

JEAN GEORGE,

00-6059-cv-WPD

Plaintiff-Appellant,

versus

BROWARD COUNTY SHERIFF'S DEPARTMENT, et al,

Defendants-Appellee..

Appeal from the United States District Court for the

Southern District Of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because appellant has failed to pay the $100 docketing and $5 filing fees ($105) to the district court clerk within the time fixed by the rules, effective this 17th day of July, 2000.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Case Initiation
    Deputy Clerk

FOR THE COURT - BY DIRECTION

A TRUE COPY - ATTESTED:
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

BY: *[signature]*
DEPUTY CLERK
ATLANTA, GEORGIA

ORD-40