UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JEAN GEORGE,

    Petitioner,

vs.

BROWARD COUNTY SHERIFF,

    Respondent.
_____/

CASE NO. 00-6059-CIV-DIMITROULEAS

FILED _____ D.C.

MAY 30 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Petitioner's May 10, 2001 correspondence, filed on May 30, 2001 and the Court noting that this case is closed and has been closed for almost one year, the requested relief is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of May, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jean George, #B660423
c/o Everglades C.I., #E-3-102-L
P.O. Box 949000
Miami, FL 33194-9000



to: the CLERK OFFICE
IN the U.S. District court
Southern Dist. of Florida
Civil Right Division

JEAN GEORGE
D.C. # B66 04 23
APPELLANT
VS:
STATE OF Florida
APPELLEE
IN RESPECT:

DISTRICT COURT CASE No
00-06059-CIV-WPD.
MAGISTRATE HON JUDGE
SORRENTINO
U.S. COURT OF APPEAL CASE No
RE: 00-13101-I

I, JEAN GEORGE, the APPELLANT, proceeding a PROPER PERSON: HEREBY UNDER Judicial Administration Rules; Rule 2.040 (Circuit court of Appeal), 2.040 (b)(2) (CLERK) OR 2.050 (F).
Filed this inquiry Notice PETITION to this court in order to REQUESTS the Following INFORMATION:

(1) on this CASE: pursuant to Judicial administration of clues diligences possible REVIEW, Ect..... of the U.S. CONST AMENDMENTS protections. I requested the Judge with a 60 day to Rules in order to tell me where this case; was now, on what level this case stand too now on it COURSE and what collections and connections was associated with this case now to bring Justices pursuant to the 42: U.S.C.§ 1983, by the Fed.R. Civil/p, From all the Legal Rights protections due process, Ect..., in this case above-styled cause.

(2) In relation to this pending case I asks this Honorable court; Clerk, and the Hon. Judge and all others Jurisprudences court tiers Jurisdictions, Ect... to in forming me if I have to beginning any: Action, brief and challenges, ect..., in this case: to tell me where to starting any state, where for me to stand too from this case standard and please tell me by what level to go in with, in order to keeps **LIFE** in this case.

please: Do that for me; please informed me with all those informations as soon is possible: thank you for your time, favor, effort and the reply in this case.

b/ Jean Georg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and a correct copy original notice of inquiry of this foregoing has been funished to the Clerk office in the U.S. District court, Southern District of Florida, at 299 East Broward blvd, Fort Lauderdale, Fl. 33301-1402, by the U.S Mail on this date 5-10-2001.

Respectfully submitted

/S/ Jean Georg
JEAN GEORGE
D.C. # B66062 3
EVERGLADES COR. INST.
P.O. BOX: 949000
MIAMI, Fl. 33194-9000
E-3-102-6

From: Sean Cook
D.C. # B660423
Everglades Cor. Inst.
P.O. Box: 949000
Miami, Fl. 33194-9000
E-3-102-L

"LEGAL USE ONLY"

To: The Clerk of Ffice
In the U.S. District Court
Southern Dist. of Florida
William P. Dimitrouleas, Hon. U.S. Judge;
at 299 East Broward Blvd
Fort Lauderdale, Fl. 33301-1902

Legal Mail;

Please Forward for service (certified by U.S.P.S, Thank you