**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS          Date: June 6, 2001
Eleventh Judicial Circuit             USDC # 00-6059-CV-WPD
56 Forsyth Street                     USCA # 00-13101-II
Atlanta, Georgia   30303
```

IN RE: **George v. Broward County Sheriff's Department**

========================================================================

**Certificate of Readiness and Transmittal of Record On Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

  _1_ Volume of Pleadings

Judge The Honorable William P. Dimitrouleas

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                    Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
   Signature



```
                                                CHS    CLOSED
                                                APPEAL
                  U.S. District Court
         Southern District of Florida (FtLauderdale)

             CIVIL DOCKET FOR CASE #: 00-CV-6059

George v. Broward Sheriff's, et al              Filed: 01/12/00
Assigned to: Judge William P. Dimitrouleas
Demand: $0,000                          Nature of Suit: 530
Lead Docket: None                       Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 State Prisoner Civil Rights

JEAN GEORGE                     Jean George
aka                             ppp
Geneus George                   #660423
     plaintiff                  [COR LD NTC] [PRO SE]
                                North Florida Reception Center
                                PO Box 628
                                Lake Butler, FL 32054


   v.


BROWARD COUNTY SHERIFF'S
DEPARTMENT, by serving Ron
Cochran Sheriff and deputies
     defendant

EMSA CORRECTIONAL CARE
     defendant

KITCHEN TRINITY FOOD SERVICES,
inside the Jail House
     defendant
```

```
Proceedings include all events.                              CHS
0:00cv6059 George v. Broward Sheriff's, et al       CLOSED APPEAL
```

JEAN GEORGE, also known as Geneus George

    plaintiff

v.

BROWARD COUNTY SHERIFF'S DEPARTMENT, by serving Ron Cochran
Sheriff and deputies; EMSA CORRECTIONAL CARE; KITCHEN
TRINITY FOOD SERVICES, inside the Jail House

    defendant

cv-06059-WPD    Document 14    Entered on FLSD Docket 06/06/2001
Proceedings include all events.                                    CHS
0:00cv6059 George v. Broward Sheriff's, et al  Doc. Vol. 1      CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 1/12/00 | ① | CIVIL RIGHTS COMPLAINT filed under 42:1983; B-3; CHS; no ifp filed. (kw) [Entry date 01/13/00] |
| 1/12/00 | ② | Clerk's Order of Magistrate Judge Assignment to Magistrate Charlene H. Sorrentino, re: Administrative Order (kw) [Entry date 01/13/00] |
| 1/21/00 | ③ | REPORT of Magistrate Judge Charlene H. Sorrentino Signed on: 1/21/00 recommending that this case be dismissed pursuant to 28 U.S.C. Section 1915(g). Case no longer referred. Objections to R R due by 1/31/00 CCAP (ea) [Entry date 01/24/00] |
| 3/8/00 | ④ | OBJECTION by Jean George to [3-1] report and recommendations (ss) [Entry date 03/13/00] |
| 3/15/00 | ⑤ | ORDER Adopting [3-1] report and recommendations; Overruling [4-1] objection; Closing Case (Signed by Judge William P. Dimitrouleas on 3/15/00) CCAP [EOD Date: 3/16/00] (ss) [Entry date 03/16/00] |
| 3/15/00 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (ss) [Entry date 03/16/00] |
| 5/12/00 | ⑥ | NOTICE OF APPEAL by Jean George of [5-1] order . EOD Date: 3/16/00; Filing Fee: $ NO FEE PAID; Copies to USCA and Counsel of Record. (gf) [Entry date 06/12/00] |
| 6/12/00 | -- | Certified copies of Notice of Appeal, Docket, and Order under appeal to USCA: [6-1] appeal by Jean George as to Jean George (gf) |
| 6/12/00 | ⑦ | ORDER Granting application to proceed without prepayment of fees and affidavit (Signed by Judge William P. Dimitrouleas on 6/12/00) CCAP [EOD Date: 6/13/00] (ss) [Entry date 06/13/00] |
| 6/13/00 | ⑧ | ORDER Denying application for certificate of appealability (Signed by Judge William P. Dimitrouleas on 6/13/00) CCAP [EOD Date: 6/14/00] (ss) [Entry date 06/14/00] |
| 6/22/00 | ⑨ | TRANSCRIPT INFORMATION FORM by Jean George re: [6-1] appeal by Jean George received. (Forwarded to Court Reporter Coordinator) (gf) |
| 6/22/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Jean George Re: [6-1] appeal by Jean George  USCA NUMBER: 00-13101-I (dl) [Entry date 06/26/00] |
| 6/26/00 | ⑪ | Appeal Information Sheet re: as to Jean George [6-1] appeal by Jean George . No transcript requested. Appeal Record due on 7/10/00 for Jean George (gf) [Entry date 06/30/00] |
| 6/27/00 | ⑩ | OBJECTION by Jean George to [8-1] order (ss) |

```
Proceedings include all events.                                          CHS
0:00cv6059 George v. Broward Sheriff's, et al  Vol. 1 Cont.    CLOSED APPEAL
```

|        |      |                                                                                               |
|--------|------|-----------------------------------------------------------------------------------------------|
|        |      | [Entry date 06/28/00]                                                                         |
| 6/29/00 | --  | JURISDICTIONAL QUESTION. USCA Case Number Re: [6-1] appeal by Jean George as to Jean George USCA NUMBER: 00-13101-I (gf) [Entry date 07/18/00] |
| 7/20/00 | (12) | ORDER of dismissal from USCA (certified copy) dismissing [6-1] appeal for want of prosecution because appellant failed to pay docketing and filing fees to the district court clerk within the time fixed by the rules. USCA #: 00-13101-I USCA Order Date: 7/17/00 (gf) [Entry date 07/27/00] |
| 10/16/00 | -- | Transmitted original papers filed (record on appeal) as to Jean George to U.S. Court of Appeals: RE: [6-1] appeal dismissed 7/17/00. USCA #00-13101-I. (gf) [Edit date 10/16/00] |
| 10/25/00 | -- | NOTICE of Receipt of Original Papers (record on appeal) from USCA as to Jean George Re: USCA NUMBER: 00-13101-I (dl) [Entry date 10/26/00] |
| 3/21/01 | -- | Original papers filed (record on appeal) as to Jean George returned from U.S. Court of Appeals: [6-1] appeal by Jean George USCA #: 00-13101-II (gf) [Entry date 03/23/01] |
| 5/30/01 | (13) | ORDER Denying relief requested in plaintiff's 5/10/01 correspondence (Signed by Judge William P. Dimitrouleas on 5/30/01) CCAP [EOD Date: 5/31/01] (ss) [Entry date 05/31/01] |
| 6/6/01 | (14) | Certificate of Readiness and Transmittal of Record on Appeal as to Jean George transmitted to USCA Re: [6-1] appeal by Jean George USCA NUMBER: 00-13101-II (gf) |

End Vol. 1