page one

To: The Clerk Office
In the U.S. District Court
Southern District of Fla.

**PART C - RECEIPT (TO BE COMPLETED BY ~~DOCKET~~ CLERK)**

RETURN TO: JEAN, GEORGE, Plaintiff    660423    (510) CHARLOTTE C.I.
                   NAME                  NUMBER         INSTITUTION

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

Of the following cases: 120 (OTHER SERVICES) connecting courts enow and the clerk enrors, Ect...   Charlotte C.I. vs. and Dept. of Corr. et al. Respondents

8/06/03        0307-510-334        [signature]
DATE          GRIEVANCE LOG NUMBER    RECIPIENT'S SIGNATURE (STAFF MEMBER)

Motion Affidavit Memorandum to correct venue for requests and direction, order for trial and for pleadings for process.

Respectfully; come now;
I, Jean George, incarcerated in the state prison, the plaintiff, hereby to notifies this Honorable Court of my whereabout, to correct the venue from those cases:

(1) 97-1807-CIV-Moreno; (2) 97-2103-CIV-U.B.;
(3) 97-6836-CIV-Nesbitt; (4) 97-6838-CIV-Ferguson;
(5) 97-6933-CIV-Ferguson; (6) 97-6955-CIV-Zloch;
(7) 97-7013-CIV-Un.Ben. (8) 97-7026-CIV-Graham;
(9) 97-7158-CIV-Zloch; (10) 97-7243-CIV-Ferguson;
(11) 97-7244-CIV-Ferguson (12) 97-7270-CIV-Graham;
(13) 97-7271-CIV-Moreno (14) 97-7316-CIV-Moore;
(15) 97-7420-CIV-Hurley (16) 97-2103-CIV-U.B.;
(17) 98-6727-CIV-Zloch; (18) 98-1644-CIV-Moore
(19) 98-7242-CIV-Ferguson (20) 99-6264-CIV-Dimit.;
(21) 99-594-CIV-Highsmith (22) 99-8387-CIV-Dimit.;
(23) 99-6839-CIV-Hurley (24) 00-6059-CIV-Dimit.;
(25) 01-6489-CIV-U.B. (26) 02-23648-CIV-Un.Ben.;
(27) 03-21876-CIV-Un gano - Be a yes: PAW

For the correct numbers. Because the clerk was mistakedly docketted the case numbers in these matters above cause.

Mail/Remarkable: #1

03-1046

page 2/7

In the Eleventh Circuit
In the U.S. District Court
Southern District of Fla.

8-6-03

**PART C - RECEIPT (TO BE COMPLETED BY ~~INSTITUTION~~ CLERK)**

RETURN TO: JEAN, GEORGE, plaintiff / 660423 / (510) CHARLOTTE C.I.
            NAME              NUMBER         INSTITUTION

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

13H (MORE THAN ONE ISSUE   (MISC))   VS: STATE OF THE FLORIDA AND DEPT. OF CORR. ET AL. RESPONDENT.
to correcting in these matters.

8/06/03         0307-510-322
DATE          GRIEVANCE LOG NUMBER            RECIPIENT'S SIGNATURE (STAFF MEMBER)

Therefore: Under the judicial rules Administrative, Fla. R. civil P., Fed. R. civil P., Fla. R. App. P., Fed. R. App. P., and the local rules and the courts rule, ect... I am hereby to challenges the Honorable Judges: Moreno, Ungaro-Benages, Nesbitt, Ferguson, Zloch, Graham, Moore, Hurley, Dimitrouleas, and Highsmith et al............ ect...

V1-104L mail Remarkable #-2

to over looked the court, the clerk and all the others: errors, omissions, mistakes and misapprehensions, ect... in those cases abo-ves, ect..., to correcting the venues; to fix-ing the case number rights; even this court was transferred one of those cases "case Nº 03-21876-civ-Ungaro-Benages" we still have to over looked due to the errors the cle-rk" are committed in docketed the same mat-ters statement facts with 26, cases numbers by intentionally for the dismissed purposes. Therefore: Under this case Nº 97-2806-civ-Huck of the revised offer of judgment. with respect I moves the clerk to complying with this order to preparing:

#1) All those cases Nº. 97-2103, 97-6836, 97-6955, 97-7242, 97-7243, 97-7316, 97-7420, 99-8387, 99-

page 3/3

IN THE CLERK OFFICE
IN THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF
THE FLORIDA; etal.

**PART C - RECEIPT (TO BE COMPLETED BY ~~OFFICE~~ CLERK**

RETURN TO: JEAN, GEORGE, PLAINTIFF / NAME   660423 / NUMBER   (510) CHARLOTTE C.I. / INSTITUTION

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

| 110 (OTHER) (PERS PROP)) DIRECTIONS TO THE CLERK FOR CORRECTIONS, etal, ect... | vs. | STATE OF FLORIDA AND DOC, etal; RESPONDENT. |

DATE: 2/06/03 (struck)   GRIEVANCE LOG NUMBER: 0307-510-323   RECIPIENT'S SIGNATURE (STAFF MEMBER): [signature]

Y 1-1046 / MAIL REMARKABLE #3.

6839, and 01-6489; to reduced in a manner of one case with the additional parties.

#2) All this cases N°: 97-7158, 97-7270, and 98-6727; to reduced to one case for the civil actions.

#3) All those cases N° 97-1807, 97-6838, 97-6933, 97-7013, 97-7026, 97-7244, 97-7271, and 00-6059; to reduced to one case with the additional parties to returning to the court.

#4) All those cases:
98-1644, and 99-594, for one case
02-23648, also for additional party or one case
and 03-21876, also for additional party on one case.

Accordingly to the errors of the court and the clerk of which the Dept. of Corrections impeachments and violations, ect..; was the causes and the responsibilities, etal; ect..; BECAUSE THEY ARE KEEPS ON TAKED ALL MY LEGAL PAPER WORK, MAILS, PROPERTY, KEEPS ME CONFINED WITH NOTHING SINCE 1997, till now in order to stopped me to prepares and studies processes in those cases:

Therefore with respect I moves the clerk to preparing all those cases like they are supposed to be to return to the court for trial, appeal in the rehearing, if not to put all of them in suits against the Federal as a matters of law under applicable law.

ß/ JEAN GEORGE, D.C. #B660423.