PAYNE
1/11

8-10-03

To: The Chief Judges
Dept. Office: In
the U.S. District Court for
the Southern District of Florida
in the Federal Courthouse Square
"In the End. Delayed Justice Still Serves":

GEORGE   JEAN
JEAN   GEORGE, A/K/A
D.C. # B66422
Plaintiff

VS:

State of Florida, And
the Secretary Dept. of
Corrections, et al;
Respondents

"Please: Let me hear from you"
right away. Thank you.

CASES NO 03-21876-CIV.
UNGARO-BENAGES, AND
FROM 97-1807-CIV-MO-
RENO; to 97-7420-CIV-
HURLEY; AND 98-6727-
CIV-Zloch to 98-7242-CIV-
FERGUSON; AND 99-594-
CIV-DIMITREOULEAS to 99-68-
39-CIV-HURLEY; 00-6059-
CIV-DIM, 01-6489-CIV-U.U.
AND 02-23648-CIV.U.U.B.

Motions of Notice to challenges
the Chief Judge office to over
looked these matters for rulings, ect...

17

Respectfully:

Comes now, I, Jean George, the Plaintiff,
Pro se, hereby bring this cause before this Ho-
norable Chief Judge, etal;..., ectu, on my
"Motions of Notice to challenges the Chief" Jud-
ge's office's to over looked the court omissions
and misapprehensions, ectu, on these mat-
ters above for rulings." New:
this cause comes before the Chief Judge's of-
fice on this petition for writ of review and
rehearings, etal, ectu, for re-rulings on-

ORDERS AND TO REQUESTED FOR SPEEDY SERVICES FOR THE INJUNCTIVE RELIEFS, TEMPORARY RESTRAINING ORDERS AND TO DIRECTS THE CLERK TO PREPARINGS AND TO RE-DOCKETS THOSE CASES NEW IF IS POSSIBLE FOR THE NEW CASE NUMBER TO RETURNING TO THE COURT FOR ALL THE AVAILABLE TRIAL SERVICES PURSUANT TO THE FEDERAL AND THE FLORIDA RULES CIVIL/APPELLATE PROCEDURES.

FACTORS FOR THIS OFFICE TO BE CONSIDERED:

#1) I WAS OUTSIDE IN THE STREET, TWO GANGS WHO WA. MY ENEMIES WAS KIDNAPPED ME. THEY CARRIED ME THROUGH THEIR BACK HOUSE TO THE BACK DOOR INSIDE WITH ALL THE DOOR CLOSED AND PUT TEN ME INSIDE THEIR BACK TRUNK CAR INSIDE THEIR HOUSE TO GO TAKED MY LIFE.

#2) THE POLICE OFFICER EDWARD N. GOOD WAS CAME FINED ME INSIDE THEIR BACK TRUNK CAR INSIDE THEIR HOUSE WITH NOTHING WITHOUT ASKED ME ANY QUESTIONS THE POLICE BEATED ME AND ARRANGED WITH THE TWO GANGS AND CONSPIRED WITH THE JUNK YARD OWNER CHARGED ME WITH THE FALSELY ACCUSATION BURGLARY CHARGE.

#3) ON 9-19-96, AT THAT TIME THIS POLICE OFFICER WAS FORCED THE OWNER OF THE JUNK-YARD TO ACCUSED ME WITH BURGLARY. HE WAS MADES SO MANY LIE. NOBODY WAS KNOWN WHICH ONE TO BELIEVE:

(A) HE AND THE POLICE WAS CHARGED ME WITH BURGLAR, WITH THE STUFFS CAN PANTS MY TWO ENEMIES AND THE POLICE WAS SET UP OUTSIDE BY THE FENCE.

(b) After that he say when the sun rose up he went searched his junkyard real good; he was not missed nothing he don't known where those staffs cometh from. And

(c) When this case was transferred to the Judge Howitz Alfred my counsel was mades him sayin that all these stuffs outside there was his, without no prove to proved that I was took them than him. In order to continues their sets up.

(1) Inside the jail house the Sheriff-Deputies was taked all my legal paper work intentionally closed my hands fingers in the front door; damaged my hands and my (leg) fingers and keeps me confined with nothing.

(2) At the trial the state was faked my kidnappers for eyes witnesses and till now the state cannot find any fingers prints to proved the burgla- ry charge against me.

(3) My counsel was stopped me to testified for myhlts, he sold my case and he never come to up with the facts.

(4) The jury was very confused; they asked for the tape recorder to rewand the tape and she re- fused to rewand the whole tape.

(5) According to the false affidavit to Officer Ed- ward N. Good was mades that caused the fact, never been appeared anywhere in the record or in the court. till now; even in the appeal court no actions never been taked on the fa- cts to returning this case to trial, ect....

BESIDES; BY ALL KIND ARRANGEMENTS COMBINATIONS ACCOMPLICES; SINCE THE STATE WAS SENT ME TO PRISON TILL NOW BY INTENTIONALLY AND WILLFULLY, ECT....:

(A) THEY ARE KEEPS ON TAKED ALL MY LEGAL PAPER WORK AND MAILS, ECT, IN THE PRISON.

(B) THEY ARE LOCKED ME WITH NOTHING AND KEEP DAMAGED MY BODY, MY HEALTH, MY CASES, MY PHYSICALLY AND THEY ARE KEEPS ME UNDER ALL KIND IMMINENT PHYSICAL, BODY, HEALTH AND BON ECT..., SERIOUSLY INJURIES, IN THE STATE PRISON FOR EVERY UNNECESSARY REASONS IN ORDER (BE) TO STOPS ME STUDIES, AND PREPARES MY CASES FOR JUAGMENT, TRIAL, ECT..., TILL NOW.

(H) THE MAIN POINT I MOVES THE CHIEF JUDGE 'OFFICE'S, ET AL, ECT..., TO OVERLOOKED NOW WAS THA THE CLERK AND THE COURT OMISSIONS, MISAPPREHENSIONS AND OVER RULES VIOLATIONS, ECT.... BECAUSE THE CLERK INTENTIONALLY DOCKETTED THESE MATTERS ABOVE WITH 26, CASES NUMBERS AS FOLLOWS

#1) 97-1807-CIV-MORENO;
#2) 97-2103-CIV-UNGARO-BENAGES;
#3) 97-6836-CIV-NESBITT;
#4) 97-6838-CIV-FERGUSON;
#5) 97-6933-CIV-FERGUSON;
#6) 97-6955-CIV-ZLOCH;
#7) 97-7013-CIV-UNGARO-BENAGES;
#8) 97-7026-CIV-GRAHAM;
#9) 97-7158-CIV-ZLOCH;

#10) 97-7243-CIV-Ferguson; #18) 98-7242-CIV-F.S.
#11) 97-7244-CIV-Ferguson; #19) 99-6264-CIV-D
#12) 97-7270-CIV-Graham; #20) 99-594-CIV-Highsmith
#13) 97-7271-CIV-Moreno; #21) 99-8387-CIV-Dim-
#14) 97-7316-CIV-Moore; thouleas
#15) 97-7403-CIV-Hurley; #22) 99-6839-CIV-
#16) 98-6727-CIV-Zloch; Hurley
#17) 98-1644-CIV-Moore; #23) 00-6057-CIV-Dimi,
#24) 01-6489-CIV-U.U.B., #25) 02-23648-CIV-U.U.B
And #26) 03-21876-CIV-Ungaro-Benages
In order to got those cases dismissed in these
matters above. And:

(b) I have ten (10) Judges and the clerk as follo-
ws in those cases: Honorables:
Moreno, Ungaro-Benages, Nesbitt, Fer-
guson, Zloch, Graham, Moore, Hurley,
Dimithouleas and Highsmith, et al; etc....
Was assigned in those cases:

#1) None of them never corrected the clerk
and the court errors in these matters a-
bove causes pursuant to my risks circumstances.

#2) None of them never mades state or Doc.
given me my legal paperwork, mails, and
my law books and materials with all my per-
sonal property for me to does my legal work so
for me to prepares and studies processes in my
cases judgments.

#3) None of them never answered my peti-
tions writs for my constitutional rights pro-

tections, my orders, my requests for emergency, my injunctive reliefs, my order requests demands for speedy services, trial and appeal; my directive notice of actions pursuant to the new evidences, my direction to the clerk and my objections, ect....

#4) None of them never answer my 3.800, 3.850 ~~and my temporary restraining orders, ect...~~ to vacate or set aside all those dismissed order and, also to stops the officials staffs abuses, discrimination, unlawfully actions and confinements, racial slurs and discriminations, injustices, risks, **DEAD THREATS**, pestilence malicious cruelties and unusual punishments, ect..., against me till now.

#5) None of them:
Never answered my indigency affidavits documentations of which I was requested to proceed in forma pauperis without costs and fees.

Upon review the court's orders I find tha the clerk and the court's, et al; ect...

A) was wrongly docketted these matters above with 26 cases numbers. I filed these matters civil rights complaint alleging claims against state and D.O.C., et al; for keeps on stopped me preparings or studyings processes and judgment in my cases; B) by keeps on taked all my legal paper work, mails and confined me with no thing

(b) The county and the clerk was wrongly has been precluded me under this statute, 28 U.S.C. 1915(g), to file any pro se civil actions without paying full payment to the clerk, and:

(c) I find that under the Florida and the Federal Rules Civil and appellate procedure, et...y the courts and the local rules, et al, the court has failed to rulings on the circumstances on these matters above and illegally dismissed those cases matters above.

Therefore: under the federal and the Florida R. Civil P. 1.110 (b)(2), and all the other rules, this petition contain enough sufficient plain statements of the ultimate facts showing, I am entitled for the reliefs as follows:

#1) For the chief judge office to challenges the clerk and the Honorable Judges (court) Moreno, Ungaro-Benages, Nesbitt, Ferguson, Zloch, Graham, Moore, Hurley Dismithouleas and Highsmith, et al, ect. inside this Honorable court for new rulings:

(A) At my trial and appeal judgments; I asked this office chief judge to mades the court reduced all those cases numbers: 97-2103, 97-6836, 97-6955, 97-7242, 97-7243, 97-7316, 97-7420, 99-8387, 99-6839, and 01-6489;

to only one case number: Jean v. State in order to returning this case to court for trial and proceedings...

8/11

with the additional parties, in all the possible

(b) For the chief judge office to made the count to reduce all my Lawyer Abramson case number:

97-7158, 97-7270, 98-6727, and 99-6264, to only one case number: GENEUS V. ABRAMSON, in order to returning this case to the court for trial and rulings, etc, in the Due Processes, etal.

(c) For the chief judge office to made this count to reduce all my Jail Cochran case number:

(97-1807), 97-1807, 97-6838, 97-6933, 97-7013, 97-7026, 97-7244, 97-7271, and 00-6059;

to only one case number: JEAN v. COCHRAN, etal; with all the additional parties; in order to returning this case to the court for trial and new rulings, etc...

(d) For the chief judge office:
to made this count returning this case against the Dept. of Corrections, etc...; For trial and new rulings, etal.

(1) Cases № 98-1644 and 99-594, against South Fla. R. Center; and this case № 02-23648, against Everglades Cor. Inst. and against Washington Cor. Inst. and this case № 03-21876, against Charlotte Cor. Inst, etc. For trial and new rulings, etc....

#2) For the chief judge office to made this count, even this case № 03-21876, was transferred

(A) to vacates and sets aside all the dismissed-orders this court has been entered in these matters above without out pursues the circumstances in Judgments.

(b) to docket these matters above with the rights cases numbers in order for the clerk to preparing these matters to return to the court for trial and judgment, ect. for the new rulings and proceedings.

#3) For the chief Judge office to under this court to vacates and sets aside:

(A) the precluded order this court has been entered against my account by the statute 28: U.S.C. 1915(g) to file any pro-se civil actions without prepaying the clerk's full filing fee of $150. Because:

(b) I am an indigent under section 57.085 Fla. stat. and certified indigent under section 57-081, Fla. stat. and authorized to proceed as an indigent under title 28, U.S.C., section 1915, by the federal court. §57-085 Fla. stat. (2002), and I filed those cases with affidavits.

(c) Therefore I asks for this court to take away the monthly payment this court placed on on my trust account balance with the Dept. of Corrections as payment for the court costs and fees.

(d) Even I don't have no money in my account DOC shall place no lien on my trust account for the full amount of the court costs and fees.


Case 0:00-cv-06059-WPD    Document 17    Entered on FLSD Docket 08/14/2003    Page 10 of 11

10/11

"CONCLUSION TO PRE END."

Factors I moves for this Honorable Office Chief Judge to be most-mustly considered now:

(A) None of these cases never been prosecuted pursuant to the facts.

(b) From 1997, till now this court never been granted my temporary restraining orders to stop prison abuses and discriminations, ect. against me with all them unlawfully actions.

(c) If State of Florida and the Dept. of Corrections was not wrong why they are keeps on take all my legal mails, paper work, law materials, and my property and keeps me confined with nothing, damaged and injured my body, my health, my bones and my cases since 1997, till now. Besides that:

(d) Who was arranged with them to keeps on doing all those things to me since 1997, till now.

Your Honor; even that was a little child who cannot talking well was went to school for all those years he should learned something. I don't means a grown man like me during all those years to me don't learned nothing from all those abuses and discriminations, ect......

We got a real law in the U.S. Law, we rest on, we trust on, we depend on(s) it not a profaned law of which we cannot looked it as a good law. The law have to be follows as a matters of facts and law; it cannot be violated in any kind manner way in public. Wherefore I pray, for this Honorable Chief Judge to granted all my requests for all the reliefs I was requested for without delay.

"CERTIFICATE OF SERVICE"
AND CERTIFICATE OF JUSTICES, Ect...
RESPECFULLY:

I HEREBY CERTIFY THAT: this PETITION DONE AND ORDERED IN CHARLOTTE COR. INST. OF FLORIDA ON THIS DATE: 8-10-2003, FORWARDING THE CHIEF JUDGE OFFICE FOR JUSTICE, Ect.....

And

I HEREBY CERTIFY THAT A TRUE AND A CORRECT COPY OF THE ABOVE ORDER PETITION HAS BEEN SENT TO: THE CHIEF JUDGE OFFICE DEPT. CHAMBER: IN THE U.S. DISTRICT COURT, AT THE FEDERAL COURT HOUSES SQUARE; SOUTHERN DISTRICT OF FLORIDA. AT: 301 N. MIAMI AVE, ROOM 150, Ect... MIAMI, FLORIDA 33128-7788;
BY U.S. MAIL FIRST CLASS ON THIS DATE: 8-10-2003

"THANK YOU"
FOR YOUR: TIMES, FAVORS, HELPS, NEW PROCEEDING FOR TRIAL AND REPLY, Ect..., ON THESE MATTERS ABOVE CAUSE:

BY GEORGE JEAN
JEAN GEORGE, A/K/A.
D.C.# B66023.
CHARLOTTE COR. INST.
33123 OIL WELL ROAD
PUNTA GORDA, FL. 33955-

"END CONCLUSION"
PLEASE: MADE THIS COURT MADE THIS INSTITUTION GIVING ME MY LEGAL PAPER WORK, MAIL AND PROPERTY AND FOR A TEMPORARY RESTRAINING ORDER TO STOP THEIR ABUSE AND DISCRIMINATION, Ect,......
WITHOUT WAITING ON DELAY.
RESPECTFULLY SUBMITTED.