UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JEAN GEORGE,

    Petitioner,

vs.

BROWARD COUNTY SHERIFF,

    Respondent.
_____/

CASE NO. 00-6059-CIV-DIMITROULEAS

## ORDER

THIS CAUSE having been heard upon Petitioner's August 11, 2003 correspondence to correct venue [DE-16] and his August 13, 2003 Motion For Chief Judge to Review [DE-17], and the Court noting that this case is closed and has been closed for almost two years[1], the requested relief is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 8 day of September, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jean George, #B660423
c/o Charlotte Corr. Inst.
33123 Oil Well Road
Punta Gorda, FL 33955

---

[1] On December 7, 2001, the Eleventh Circuit issued its Mandate affirming the dismissal of this case. [DE-15].

