page: 1/5

9-29-03

to: the CLERK OFFICE
In U.S. DISTRICT COURT FOR
the SOUTHERN DISTRICT

GEORGE GENEUS, AKA
JEAN GEORGE
D.C. # B660423
PLAINTIFF
VS:
DEPT. OF CORRECTIONS, BROWARD
COUNTY SHERIFFS AND THE M.C.
ABRAMSON, et al; ect....
DEFENDANTS/RESPONDENTS

CASE № 00-6059-CIV-99-8387-CIV-DIMI
thouLEAS AND CASE
№ 97-7158-CIV-ZLOCH
AND ALL OTHERS MY
CASES. TO: HON. CHIEF
AND JUDGES OF THE U.S. DISTRICT COURT: WILLIAM J.
ZLOCH, & WILLIAM P. DIMI
thouLEAS.

NOTICE: FOR OBJECTIONS TO PROCEEDS
FOR STAY IN JUDGMENTS AND TO
FOR FAILURES TO DISCOVERY, ECT...
AND EXTENSION OF TIME, ECT...

RESPECTFULLY:
I AM POLOGIZES FOR WRITTEN IN THE SAME ENVELOPE
THIS HONORABLE COURT HAS BEEN MAILED TO ME. BECAUSE I DON'T GOT ANY OTHER ONE; AND LAW LIBRARY REFUSED TO SEND MY OR DER, ECT
ALSO: "AND THAT COULD PROVE MY RISKS, ECT..., IN
THIS PRISON CONFINEMENT TO THE COURT."

ORDER: UPON MORE CONSIDERATIONS FOR THE EXTRA ORDINARY REVIEW FOR THE PROCEEDINGS, DUE
PROCESSES UNDER THE CIRCUMSTANCES; ET AL. AND
ACCORDING TO THE CLOSED ORDER IN THIS CASE №:
00-6059-CIV-DIMITHOULEAS, THIS HON. COURT
HAS BEEN ENTERED ON THESE MATTERS ABOVE ON THIS
DATE: 9-8-2003; AND;
DENIED ORDER ON THIS CASE № 99-8387-CIV-DIMI
THOULEAS ON THIS DATE 9-17-2003; AND;
... № 97-7158-CIV-ZLOCH ON THIS DATE 8-29-03

2/5 All those orders was confusing and conflicts, etc... The nature of the denied order was that:

#1) DENIED my motion I was filed on 8-11-2003

(a) For correspondence to correct venue (DE-16) and my motion on 8-13-2003, for the CHIEF Judge to review (DE-17).

(b) Of which this case No. 00-6059-CIV-Dimitrouleas has been closed without any PROSECUTION on the circumstances of the facts. And;

#2) On this case No. 97-7158-CIV-Zloch; dismissal and denied orders against my motion to connect venue (DE-10). For lack jurisdiction exhaustations.

Therefore: this cause was returned before this Honorable court upon plaintiff "notice to proceeds" for objections to these orders closed, dismissed and denied this Honorable court was been entered on these matters above of which I request for these cases to stay in judgments in this court for further prosecutions pursuant to the circumstances in the prisons; of which with respect I requests for the extension of time to complete processes in those cases.

Under the Fla. R. Civil P. and the Fed. R. Civil P. for objections, for stay in proceedings, judgments, discovery from the new evidence and extention of the time to completes services:

Therefore: I am hereby with all the respects under the Fla. R. Civil P. Rules 1.360(A)(C), 1.370, and 1.380 (A)(b) to moves this court to examining the circumstances I got here in the Fed. R. Civil P. 4(N) and 64, etc..., of which I motioned this

ny there for extra due-processes of which this Honorable court was keeps on failed to complies with the order's in there pursuant to the Fed. R. Civil P. Rule 60; All those matters was puts theses cases un-der destructions and preventions, ect......

Your Honor; with respect I asks you to noted and to realized that; you can not fixed a car pro-blems without no tools and you can not moves to run when your body feets and your hands tied up and your body and your health was damaged and injured very badly. Beside that nobody could be able to build up any building without any tools or materials, ect.......

Your Honor; my conditions in here was in the sa-me circumstances; it's goes just like that in the same way; not only on theses cases but on all my cases, my body and my health, ect.....

Your Honor; as you say "the claims raised appear at first blush" to be related to either habeas corpus petition on the mandamus petition and you also say that the plaintiff has not sought nor he ex-hausted his remedies with the Dept. of Correc-tions, Et al; and Tallahassee; ect.....

All that has been done very well and still continues keeps on exhausted all that reme-dies on these matters above under the very grea-ter and very handly dangerous conditions ef-forts while I was under all kinds the risks and pains, ect..... in my agonies.

The point for this court to stand-up and living on now was that " without my legal papers work,

Health and my law books, was the only tools I have nothing I can does and their to does my cases counts papers they are taked and keeps on takings, all of them from me and keeps me confined with nothings.

Even my shower slide, my false teeths, my eyes glasses and my watch, ect..., they are taked all of them too; keeps me starving, blind with no showers and they are keeps collected all my exhaustation requests, grievances and complaints, ect.

Therefore:

Upon the affirmative defenses there; upon the the corporations and associations consideration; for services of other processes; under the "Fed. R. Civil P., Rules 4(h), 4.1, and 8(c)"; and 12; I moves with respect for objections, for stay in Judgments to proceedings, for the decovery new in those evidences, ect..., and for the (N) extension of time to get these cases in due challenges and processes, ect..., in Judgments pursuant to the Fed. R. Civil P., Rules: 62, 56(b), 55(c), 52(c), 50(a), 47(a)(b), 37(a)(b)(c)(d)(g), 26, 35, 36, 13, and 12; for the discovery to joinder these parties above under these rules and this objections, ect.....

Under the revised texts authorizes there the ability for this Honorable Judge to proceeds by makes in such findings of fact based on those differences in such circumstances on these matters.

Relief Requested; Wherefore; in pleadings and in consolidations, in there for the defenses reliefs. I requests the court to grant all, all the reliefs to which I may been entitled in this proceedings, in-

PAGE Nº 5/5

tune of the reliefs I sought in this notice as a special requests orders to this court.

(1) Objections to these order pursuant to the discovery to stay in proceedings in judgments in this court and extension of time to get these cases completely in the Due Process Judgments, ect.

(2) to make the warden makes these sergeants, the property room and the law library giving me all my legal papers work, mails, writing mails, lawbooks and my law materials immediately and responsible for.......

(3) to makes them giving me my false teeth, to saves me from starvings, my eyeglasses I could be able to sees, and my watch with all my property, ect....

(4) According to my cases deadline orders and courts urgent deadline orders, ect..., without waiting or delaying I demands this court to grant me special law library access in this institution; also for this court to calls the law library rights away to makes them helps me, send my requests orders and materials, ect....

(5) For this court to resolves all those problems for me. If this court alone by itself can not helps and resolves those problems for me, please calls and contacts the others courts for helps and assistances right away. and;

(6) I asks the court to rulings on these matters above, and such other and further relief the court deems just and proper with justices, ect... PLEASE DOES THAT FOR ME without waiting or delaying. I will appreciates that.

"CERTIFICATE OF SERVICE"

I hereby certify, that a copy of this notice petition above has been furnished to the clerk office; in U.S. District Court; Southern District of Florida; at 299 E. Broward Blvd; Ft. Lauderdale, Florida 33301-1902. By U.S. via, mail on this date: 9-24-03, _____ #66_____