UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6059-CIV-DIMITROULEAS

JEAN GEORGE,

    Petitioner,

vs.

BROWARD COUNTY
SHERIFF'S DEPARTMENT,

    Respondent.
_____/

## ORDER

THIS CAUSE is before the Court upon Petitioner's Notice For Objections to Proceeds For Stay In Judgments And For Failures to Discovery, and Extension of Time. [DE-19]. The Court has carefully considered the Notice and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Petitioner's Notice For Objections to Proceeds For Stay In Judgments And For Failures to Discovery, and Extension of Time [DE-19] is hereby **DISMISSED** for lack of jurisdiction.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of November, 2003.

                                      WILLIAM P. DIMITROULEAS
                                      United States District Judge

Copies furnished to:

Jean George, #B660423
c/o Charlotte Corr. Inst.
33123 Oil Well Road
Punta Gorda, FL 33955

